J. W. SATTERLANE ET AL. *v.* ANSON W. EVANS ET AL.

**Wills—Right of Survivorship Between Devisees.**

Under a provision in a will "that if any of my children shall die without children the land, etc., shall be divided among my remaining children and heirs," on the death of one of the testator's children without issue, her interest in the land passes to the surviving children, there being no other heirs.

March 6, 1874.

OPINION BY JUDGE PRYOR:

There is but one question made in this case, and that arises upon the construction of the will of William Evans.

The provision is, "that if any of his children shall die without children, the land, etc., shall be divided among my remaining children and heirs."

The only heirs he left at his death were his children, and one of them, Virginia Evans, dying after the testator, without leaving issue, her interest in the land passed absolutely to the surviving children.

Judgment affirmed.

*J. B. Karn, for appellants.*

*C. Riley, for appellees.*